# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KELLY CHAVEZ,

     **Plaintiff,**

v.                                              **No. 14-cv-0453 SMV**

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

     **Defendant.**

## JUDGMENT

Having granted on Plaintiff's Motion to Reverse and Remand for a Rehearing, with Supporting Memorandum [Doc. 15] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**